| SUNSET HARBOUR, LLC | * | NO. 2022-C-0298 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| THE HEIRS AND UNOPENED SUCCESSION OF SAMUEL SALVADOR LASSALLE, SR. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

EAL

**LOMBARD J., CONCURS IN PART AND DISSENTS IN PART WITH REASONS**

In the instant matter, I concur with majority in reversing the district court's *sua sponte* February 15, 2022 order, vacating the June 15, 2021 default judgment. I find that the district court lacked the authority to issue the February 15, 2022 order because no party filed a motion for new trial, or petition for nullity. Moreover, I similarly find that the district court erred in rendering the April 19, 2022 order because neither a motion for new trial nor petition for nullity were filed.

Lastly, having found the district court erred in vacating the June 15, 2021 judgment, which awarded the Relator $41,138.87, plus interest, and one percent of the remaining funds, I would hold that the district court erred in denying the motion to withdraw funds from the registry of the court on February 25, 2022. Consequently, I would grant the Relator's writ application, reverse the orders of February 15, 2022, February 25, 2022 and April 19, 2022, respectively, and remand this matter for further proceedings. For the foregoing reasons, I respectfully concur in part and dissent in part from the opinion of the majority.